UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND and
THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL J.
FORDE and PAUL O'BRIEN, as TRUSTEES, and MICHAEL
J. FORDE, as EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

08 CV 4685 (RMB)
ECF CASE

**ORDER TO SHOW CAUSE
FOR DEFAULT
<u>JUDGMENT AND ORDER</u>**

                              Plaintiffs,

             -against-

S & S TECHNICAL SERVICES, INC.,

                              Defendant.
------------------------------------------------------------------X

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 17th day of June, 2008

and all of the proceedings had herein, let Defendant, S & S Technical Services, Inc., appear

before Judge Richard M. Berman at this Federal Courthouse, Courtroom 21D, located at 500

Pearl Street, New York, NY, 10007 on the __16__ day of __July__, 2008 at __11:30__ o'clock in

the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause

why a Default Judgment and Order should not be entered against S & S Technical Services, Inc.

and in favor of plaintiffs, confirming an arbitration award dated April 26, 2008 against the

Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by the same manner required to commence the action on or before **12:00** ~~A.M.~~/P.M. on the **26** day of **June**, 2008 be deemed good and sufficient service; opposition papers, if any, shall be served and filed on or before **July 3**, 2008 at **noon**; reply papers, if any, shall be served and filed on or before **July 10**, 2008 at **noon**; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
       **June 19**, 2008

*/s/ Richard M. Berman*

—————————————————
Honorable Richard M. Berman
United States District Judge