UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA FUND and THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-MANAGEMENT
CORPORATION, by MICHAEL J. FORDE and PAUL
O'BRIEN, as TRUSTEES, AND MICHAEL J. FORDE
AS EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

                                        Plaintiffs,

           -against-

S & S TECHNICAL SERVICES, INC.,

                                        Defendant.
------------------------------------------------------------------------X

08 CV 4685 (RMB)
ECF CASE

**DEFAULT JUDGMENT**



This action having been commenced on May 19, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, S & S Technical Services, Inc., on May 27, 2008 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on June 5, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on June 17, 2008 and a copy of the Order to Show Cause for

Default Judgment and Affidavit of Counsel in Support having been served on the defendant, S & S Technical Services, Inc., on June 23, 2008 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law and there being no opposition entered by the defendant, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $33,758.15 plus interest of ten percent (10%) per annum from the date of said award, April 26, 2008, through the date of entry of this judgment, totaling $34,507.30 in addition to attorneys' fees and costs in the amount of $1,285.00 for a total of $35,792.30.

Dated: 7/16/08
New York, New York

_____
Honorable Richard M. Berman
United States District Judge

This document was entered on the docket on _____.